JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA TUPULOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. CV 11-02196 DMG (VBKx)<br><br>ORDER FOR ENTRY OF DISMISSAL OF ACTION [27] |

14702635v.1

1   In accordance with the parties' stipulation, AND FOR GOOD CAUSE
2   APPEARING, it is hereby ORDERED that the Complaint on file herein shall be
3   dismissed with prejudice.  Each side will bear their own attorneys' fees and costs.
4
5   **IT IS SO ORDERED.**
6
7   DATED:   August 1, 2012
8   _____
    DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

2

14702635v.1